No. 11–5122.   ALI *v.* FLORIDA.   Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–5123.   BLACK *v.* TENDRAS.   Ct. Sp. App. Md.   Certiorari denied.

No. 11–5124.   BOYD *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 11–5125.   BUTRY *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 11–5126.   TYLER *v.* DISTRICT OF COLUMBIA.   Ct. App. D. C. Certiorari denied.

No. 11–5127.   TYLER *v.* DISTRICT OF COLUMBIA.   Ct. App. D. C. Certiorari denied.

No. 11–5131.   WASHINGTON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 11–5132.   SIMMS *v.* FREEMAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 11–5133.   SANTIVANEZ *v.* DREW, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 11–5134.   SMITH *v.* HUTCHINS, SHERIFF, JEFFERSON COUNTY, GEORGIA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 11–5135.   SLATER *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 11–5136.   RODRIGUEZ-CAMACHO *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 11–5137.   ROBBINS *v.* SMITH, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 11–5138.   PARTIN *v.* SIMPSON, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 11–5139.   NELSON *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 11–5140.   SUGGS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.